# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACFC DELTA HOLDINGS, LLC, <br>     Plaintiff, <br>   v. <br> DELTA WATERWAYS LLC, <br>     Defendant. | Case No. 19-cv-00813-WHO |
| ACFC DELTA HOLDINGS, LLC, <br>     Plaintiff, <br>   v. <br> COASTAL WEST LLC, et al., <br>     Defendants. | Case No. 18-cv-05845-WHO <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

No party or counsel appeared at the Case Management Conference on August 6, 2019 that was set for these related cases. There has been no activity on the docket in the matters since then. Although a default was entered in Case No. 19-813 on June 21, 2019 (Dkt. No. 18), no motion for entry of a default judgment has been filed.

The parties are ordered to show cause on February 4, 2020 at 2:00 p.m. why these cases should not be dismissed with prejudice for failure to prosecute. Plaintiff may expunge this Order by filing a motion for default judgment by January 28, 2020. Otherwise, any party that wishes to avoid dismissal shall file a memorandum and declaration on January 28, 2020 explaining why. Absent good cause, these cases will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2020



William H. Orrick
United States District Judge